UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SHOAIB NOORI,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:26-cv-02612-DAD-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING RESPONDENTS' MOTION TO DISMISS<br><br>(Doc. Nos. 16, 18) |

Petitioner Mohammed Shoaib Noori is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2026, the assigned magistrate judge issued findings and recommendations recommending that respondents' motion to dismiss (Doc. No. 16) be granted.  (Doc. No. 14.) Specifically, the magistrate judge found that petitioner was granted asylum and released and that this action had therefore been rendered moot.  (*Id.* at 1–2.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 2.)  To date, no objections have been filed and the time in which to do so has passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on May 22, 2026 (Doc. No. 18) are ADOPTED IN FULL;

2. Respondents' motion to dismiss (Doc. No. 16) is GRANTED; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 5, 2026**　　　　　　　　　　　　　_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2